# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00556-CV

Betty Richter, Appellant

v.

Keith Richter, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
NO. C2005-0682A, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

M E M O R A N D U M   O P I N I O N

We dismiss this appeal for want of jurisdiction. The order appealed from was signed on June 5, 2006. Because no motion or other document triggering the extended timetables was filed, the notice of appeal was due July 5, 2006. *See* Tex. R. App. P. 26.1. The notice of appeal was not filed until September 18, 2006. Betty Richter filed a Motion to Extend Post-Judgment Deadlines in the trial court, requesting a finding that she did not receive notice of the judgment until August 17, 2006. *See* Tex. R. Civ. P. 306a. The hearing was set for September 26, 2006. The clerk's record filed in this appeal did not contain a ruling. Without a finding that she did not receive notice until August 17, 2006 or later, Betty Richter's notice of appeal was untimely filed.

By letter dated November 16, 2006, this Court's clerk requested an explanation from appellant regarding the apparent untimeliness of the filing of her notice of appeal. The response was

due November 27, 2006. The letter warned that, absent a response, the appeal would be dismissed.

Appellant did not file a response to the clerk's request. At this Court's request, the Comal County District Clerk sent a copy of the district court's docket sheet listing orders of the court. This sheet contains the notation "motion to extend denied" on September 26, 2006.

Because appellant's notice of appeal was untimely, we lack jurisdiction over this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2004). We dismiss this appeal for want of jurisdiction.

_____

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: March 14, 2007